UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 0 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IBRAHIM AHMED MAHMOUD )
AL QOSI, )
)
)
Petitioner, )
)
v. )   Civil Action No. 04-cv-1937 (PLF)
)
BARACK H. OBAMA, )
    President of the United States, *et al.*, )
)
Respondents. )
)

## ORDER

The Court, having fully considered the Respondents' Motion for Extension of Time to

Make Disclosures, if any, pursuant to I.D.1 of the Amended Case Management Order, and there

being no opposition,

**ORDERS** that the Motion be **GRANTED**.

Respondents shall have through and including May 5, 2009, to Make Disclosures, if any,

Pursuant to the Court's Order of December 16, 2008.

IT IS SO **ORDERED**, this 20th day of ____April____, 2009.

_____
PAUL L. FRIEDMAN
United States District Judge